IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01690-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DONALD O. ROOKS, JR.;
ACE WEST FOAM, INC., a Utah corporation; and
ACE WEST TRUCKING, INC., a Colorado corporation,

       Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO MODIFY
ORDER DATED JANUARY 4, 2012**

---

       Pursuant to Plaintiff's Unopposed Motion to Modify Order Dated January 4, 2012, [Docket No. 7], filed January 5, 2012, it is

       ORDERED, that Plaintiff's Unopposed Motion to Modify Order Dated January 4, 2012 [Docket No. 7] is granted; and it is further

       ORDERED, that Plaintiff shall effectuate service on Defendants on or before March 6, 2012.  No additional extensions of time will be granted.

       DATED:  January 5th, 2012.

       BY THE COURT:

       s/Richard P. Matsch

       _____
       Richard P. Matsch, Senior Judge